NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
NICHOLAS D. DICKINSON
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6300 / Fax: (702) 388-6698
Nicholas.dickinson@usdoj.gov

Attorneys for the United States

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>          vs.<br><br>JAMAL RASHID,<br><br>                     Defendant. | 2:19-cr-00246-GMN-NJK<br><br>STIPULATION TO CONTINUE SENTENCING<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between, the United States of America, through the undersigned, together with David Chesnoff, Esq. and Richard A. Schonfeld, Esq., counsel for defendant Jamal Rashid, that the sentencing hearing currently scheduled for May 1, 2020 at 1:30 p.m., be vacated and set to a date and time convenient to this Court, but no sooner than 60 days on a date that is on a Friday.

This stipulation is entered into for the following reasons:

1. The Defendant is not incarcerated does not object to the continuance.

2. On March 19, 2020, the Chief Judge of the U.S. District Court for the District of Nevada issued Temporary General Order 2020-04 (collectively with General Order

1

2020-03, "the General Orders"), which noted that "the COVID-19 pandemic has continued to spread," resulting in the need for "more aggressive social-distancing measures." The Court noted further that, "[o]n March 17, 2020, the Governor of the State of Nevada ordered the closure of many business establishments and strongly encouraged all citizens to stay home." Accordingly, the Court ordered the temporary closure of the Clerk's office, and implemented other changes, including "striving to eliminate in-person court appearances." In the event any hearing must go forward, the Court will conduct the hearing via video or teleconference. The Court will vacate or amend GO 2020-04 no later than April 30, 2020.

3. Accordingly, based on the public health emergency brought about by the COVID-2019 pandemic, and the required social-distancing measures as recognized in the General Orders; the parties agree to continue the currently scheduled sentencing hearing.

4. The parties agree that the sentencing can be futher delayed without serious harm to the interests of justice. *See* Temporary General Order 2020-05.

5. Counsel Chesnoff is currently in the middle of a special circumstances homicide trial in Los Angeles. The trial is currently delayed and when it resumes the court will be dark on Fridays only.

. . . .
. . . .
. . . .
. . . .
. . . .
. . . .

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third request for a continuance of the sentencing hearing.

DATED this 16th day of April, 2020.

| | |
|---|---|
| NICHOLAS A. TRUTANICH,<br>United States Attorney<br>By: /s/ Nicholas D. Dickinson<br>NICHOLAS D. DICKINSON<br>Assistant United States Attorney | By:  /s/ Richard A. Schonfeld<br>DAVID Z. CHESNOFF, ESQ.<br>RICHARD A. SCHONFELD, ESQ.<br>Counsel for Jamal Rashid |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:19-cr-00246-GMN-NJK |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JAMAL RASHID, | |
| Defendant. | |

To account for the necessary social-distancing in light of the COVID-2019 public health emergency and with the defendant's consent, the sentencing in this case should be continued for good cause. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice.

IT IS THEREFORE OREDERED that sentencing in the above-captioned matter currently scheduled for May 1, 2020 at 1:30 p.m., be vacated and continued to Friday, July 24, 2020, at 10:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

DATED   April 17, 2020

_____
THE HONORABLE GLORIA M. NAVARRO
U.S. DISTRICT COURT JUDGE