DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
rschonfeld@cslawoffice.net
dzchesnoff@cslawoffice.net
Attorneys for Defendant, JAMAL RASHID

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.  2:19-CR-00246-GMN-NJK |
| v. ) | |
| ) | |
| JAMAL RASHID ) | |
| ) | |
| Defendant, ) | |
| ) | |

## STIPULATION AND [PROPOSED ORDER] TO CONTINUE SENTENCING DATE

**IT IS HEREBY STIPULATED AND AGREED**, by and between **NICHOLAS A. TRUTANICH**, United States Attorney, by **NICHOLAS DICKINSON**, Assistant United States Attorney, counsel for the United States of America, **DAVID CHESNOFF, ESQ**., and **RICHARD A. SCHONFELD, ESQ.,** counsel for Defendant, **JAMAL RASHID**, that the Sentencing date in the above-captioned matter, currently scheduled for July 31, 2020,  at the hour of 10:00 a.m., be vacated and continued to Friday, October 2, 2020, or a Friday date thereafter.

This stipulation is entered into for the following reasons:

1. The Defendant was admitted to the UCLA Medical Center hospital on or about July 13, 2020, and was diagnosed with COVID-19 with impact to his lungs. It is uncertain when Mr. Rashid will recover, and there would still be a quarantine period thereafter. Accordingly, the parties have stipulated to continue the sentencing herein;

2. **NICHOLAS DICKINSON, AUSA** has agreed to this request; and

3. The Defendant is out of custody and doesn't object to the continuance;

4. Counsel Chesnoff requests a Friday setting in the event that his trial in Los Angeles, California, has reconvened.

**DATED** this ___ day of July, 2020.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| /s/ Nicholas Dickinson | /s/ Richard A. Schonfeld |
| **NICHOLAS DICKINSON, AUSA** | **DAVID Z. CHESNOFF, ESQ.** |
| 501 Las Vegas Blvd., Suite 1100 | Nevada Bar No. 2292 |
| Las Vegas, Nevada 89101 | **RICHARD A. SCHONFELD, ESQ.** |
| Tel.: [702] 388-6336 | Nevada Bar No. 6815 |
| | 520 South Fourth Street |
| | Las Vegas, Nevada 89101 |
| | Tel.: [702] 384-5563 |

### ORDER

**IT IS THEREFORE ORDERED** that the Sentencing date currently scheduled for July 31, 2020, at the hour of 10:00 a.m., be vacated and continued to Friday, October 2, 2020, at 10:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

**DATED** this  16  day of  July  , 2020.

IT IS FURTHER ORDERED that this is a firm sentencing date and no further continuances will be granted without a hearing to demonstrate a sufficient basis for delay.

_____
**GLORIA M. NAVARRO**
**UNITED STATES DISTRICT COURT JUDGE**