**DAVID Z. CHESNOFF, ESQ.**
Nevada Bar No. 2292
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
rschonfeld@cslawoffice.net
dzchesnoff@cslawoffice.net
**Attorneys for Defendant, JAMAL RASHID**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:19-CR-00246-GMN-NJK |
| v. ) | |
| ) | |
| JAMAL RASHID ) | |
| ) | |
| Defendant, ) | |
| ) | |

**STIPULATION AND [PROPOSED ORDER] TO CONTINUE SENTENCING DATE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between **NICHOLAS A. TRUTANICH**, United States Attorney, by **NICHOLAS DICKINSON**, Assistant United States Attorney, counsel for the United States of America, **DAVID CHESNOFF, ESQ**., and **RICHARD A. SCHONFELD, ESQ.,** counsel for Defendant, **JAMAL RASHID**, that the Sentencing date in the above-captioned matter, currently scheduled for October 2, 2020, at the hour of 10:00 a.m., be vacated and continued for a period of 45 days or a date thereafter, not during the week of Thanksgiving.

This stipulation is entered into for the following reasons:

1. It is Mr. Rashid's and his counsel's desire to appear for sentencing in person; however, with the COVID-19 pandemic, that is not feasible. Mr. Rashid has already had COVID-19 and was hospitalized as a result therefrom. Specifically, Mr. Rashid was admitted to the UCLA Medical Center hospital on or about July 13, 2020, and was diagnosed with COVID-19 with impact to his lungs. Mr. Rashid does not want to risk contracting COVID-19 again as he is advised that the consequences could be worse a second time. Additionally, counsel Chesnoff has not been appearing in court due to personal concerns related to COVID-19. Furthermore, counsel Sadow resides in Atlanta, Georgia and wants to avoid travel during the pandemic.

2. In light of the COVID-19 pandemic, the CARES Act, H.R. 748, Public Law No. 116-136, and this Court's Administrative Orders, including Temporary General Order 2020-05, there is good cause for a continuance of the Sentencing hearing.

3. Accordingly, based on the public health emergency brought about by the COVID-2019 pandemic, and the required social-distancing measures as recognized in the General Orders; the parties agree to continue the currently scheduled Sentencing hearing.

4. The parties agree that the Sentencing can be further delayed without serious harm to the interests of justice. *See* Temporary General Order 2020-05.

5. The Defendant is out of custody and does not object to the continuance.

6. NICHOLAS DICKINSON, AUSA has agreed to this request; and

///

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing hearing

**DATED** this 22nd day of September, 2020.

| | |
|---|---|
| **UNITED STATES ATTORNEY** | **CHESNOFF & SCHONFELD** |
| **/s/ Nicholas Dickinson** | **/s/ Richard A. Schonfeld** |
| **NICHOLAS DICKINSON, AUSA** | **DAVID Z. CHESNOFF, ESQ.** |
| 501 Las Vegas Blvd., Suite 1100 | Nevada Bar No. 2292 |
| Las Vegas, Nevada 89101 | **RICHARD A. SCHONFELD, ESQ.** |
| Tel.: [702] 388-6336 | Nevada Bar No. 6815 |
| | 520 South Fourth Street |
| | Las Vegas, Nevada 89101 |
| | Tel.: [702] 384-5563 |

**ORDER**

Based on the foregoing Stipulation and with good cause appearing, **IT IS THEREFORE ORDERED** that the Sentencing date currently scheduled for October 2, 2020, at the hour of 10:00 a.m., be vacated and continued to the 2nd day of December, 2020 at 11:00 a.m.

**IT IS SO ORDERED**.

DATED this  24  day of September , 2020.

_____
**GLORIA M. NAVARRO**
**UNITED STATES DISTRICT COURT JUDGE**

CHESNOFF & SCHONFELD

 /s/ Richard A. Schonfeld
DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
Attorneys for Defendant