DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
rschonfeld@cslawoffice.net
dzchesnoff@cslawoffice.net
Attorneys for Defendant, JAMAL RASHID

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMAL RASHID ) <br> ) <br> Defendant, ) <br> _____ ) | CASE NO. 2:19-CR-00246-GMN-NJK |

## STIPULATION AND [PROPOSED ORDER] TO CONTINUE SENTENCING DATE

IT IS HEREBY STIPULATED AND AGREED, by and between **NICHOLAS A. TRUTANICH**, United States Attorney, by **NICHOLAS DICKINSON**, Assistant United States Attorney, counsel for the United States of America, **DAVID Z. CHESNOFF, ESQ.**, and **RICHARD A. SCHONFELD, ESQ.**, counsel for Defendant, **JAMAL RASHID**, that the Sentencing date in the above-captioned matter, currently scheduled for March 10, 2021, at the hour of 11:00 a.m., be vacated and continued for a period of 45 days or a date thereafter.

This stipulation is entered into for the following reasons:

1. It is Mr. Rashid's and his counsel's desire to appear for sentencing in person; however, with the COVID-19 pandemic, that is not feasible. Most significant to this issue is the fact that Mr. Rashid's counsel Steven Sadow resides in Georgia, and wants to avoid travel during the pandemic. Mr. Rashid wants Mr. Sadow present for the sentencing hearing.

As a result of the foregoing, Mr. Rashid and his counsel respectfully request that the Sentencing in this matter be continued.

2. In light of the COVID-19 pandemic, the CARES Act, H.R. 748, Public Law No. 116-136, and this Court's Administrative Orders, including Temporary General Order 2020-05, there is good cause for a continuance of the Sentencing hearing.

3. Accordingly, based on the public health emergency brought about by the COVID-2019 pandemic, and the required social-distancing measures as recognized in the General Orders; the parties agree to continue the currently scheduled Sentencing hearing.

4. The parties agree that the Sentencing can be further delayed without serious harm to the interests of justice. *See* Temporary General Order 2020-05.

5. The Defendant is out of custody and does not object to the continuance.

6. Nicholas Dickinson, AUSA has agreed to this request; and

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing hearing

DATED this 1st day of March, 2021.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| /s/ Nicholas Dickinson | /s/ Richard A. Schonfeld |
| NICHOLAS DICKINSON, AUSA | DAVID Z. CHESNOFF, ESQ. |
| 501 Las Vegas Blvd., Suite 1100 | Nevada Bar No. 2292 |
| Las Vegas, Nevada 89101 | RICHARD A. SCHONFELD, ESQ. |
| Tel.: [702] 388-6336 | Nevada Bar No. 6815 |
| | 520 South Fourth Street |
| | Las Vegas, Nevada 89101 |
| | Tel.: [702] 384-5563 |

### ORDER

Based on the foregoing Stipulation and with good cause appearing, **IT IS THEREFORE ORDERED** that the Sentencing date currently scheduled for March 10, 2021, at the hour of 11:00 a.m., be vacated and continued to the   5th   day of   May  , 2021 at   10:00   a.m.

**IT IS SO ORDERED.**

DATED this   3   day of   March  , 2021.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT COURT JUDGE

CHESNOFF & SCHONFELD

/s/ Richard A. Schonfeld
DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
Attorneys for Defendant