DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
rschonfeld@cslawoffice.net
dzchesnoff@cslawoffice.net
Attorneys for Defendant, JAMAL RASHID

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:19-CR-00246-GMN-NJK |
| v. ) | |
| ) | |
| JAMAL RASHID ) | |
| ) | |
| Defendant, ) | |

**STIPULATION AND [PROPOSED ORDER] TO CONTINUE SENTENCING DATE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between **NICHOLAS A. TRUTANICH**, United States Attorney, by **NICHOLAS DICKINSON**, Assistant United States Attorney, counsel for the United States of America, **DAVID Z. CHESNOFF, ESQ**., **RICHARD A. SCHONFELD, ESQ.,** and **STEVEN H. SADOW, PC** counsel for Defendant, **JAMAL RASHID**, that the Sentencing date in the above-captioned matter, currently scheduled for May 5, 2021, at the hour of 10:00 a.m., be vacated and continued to the week of May 10, 2021.

This stipulation is entered into for the following reasons:

1. Mr. Rashid has requested that his sentencing be continued to the week of May 10, 2021, as a result of employment related constraints. Mr. Rashid is participating in a television production that requires quarantining. This production will be completed prior to May 10, 2021.

2. Assistant US Attorney Nicholas Dickinson does not oppose the brief continuance and believes that the time will assist him in receiving additional information from United States Probation Officer Strome that he requested. Officer Strome informed AUSA Nicholas Dickinson that she is out of office all of next week and would get back to him on the conviction records on Thursday.

3. Counsel Sadow requests permission to appear via video conference at the sentencing hearing.

4. The Defendant is out of custody and does not object to the continuance.

5. Nicholas Dickinson, AUSA has agreed to this request; and

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing hearing

**DATED** this 27th day of April, 2021.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| /s/ Nicholas Dickinson | /s/ Richard A. Schonfeld |
| **NICHOLAS DICKINSON, AUSA**<br>501 Las Vegas Blvd., Suite 1100<br>Las Vegas, Nevada 89101<br>Tel.: [702] 388-6336 | DAVID Z. CHESNOFF, ESQ.<br>Nevada Bar No. 2292<br>**RICHARD A. SCHONFELD, ESQ.**<br>Nevada Bar No. 6815<br>520 South Fourth Street<br>Las Vegas, Nevada 89101<br>Tel.: [702] 384-5563 |

# ORDER

Based on the foregoing Stipulation and with good cause appearing, **IT IS THEREFORE ORDERED** that the Sentencing date currently scheduled for May 5, 2021, at the hour of 10:00 a.m., be vacated and continued to the 13th day of May, 2021 at 10:00 a.m. in Courtroom 7D.

**IT IS SO ORDERED**.

**DATED** this  28  day of April , 2021.

_____
**GLORIA M. NAVARRO**
**UNITED STATES DISTRICT COURT JUDGE**

CHESNOFF & SCHONFELD

 /s/ Richard A. Schonfeld
DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
Attorneys for Defendant