

Alex L. Fugazzi
Nevada Bar No. 9022
Erin Gettel
Nevada Bar No. 13877
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
(702)-784-5200 x5329
afugazzi@swlaw.com
egettel@swlaw.com

*Attorneys for Third-Party Intervenor, Roc Nation, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMAL RASHID,<br><br>Defendant. | Case No. 2:19-cr-00246-GMN-NJK<br><br>**MOTION TO INTERVENE**<br>***Oral Argument Requested*** |

COMES NOW, THIRD-PARTY INTERVENOR ROC NATION, LLC ("Roc Nation"), by and through its counsel of record, ALEX L. FUGAZZI and ERIN GETTEL, of SNELL & WILMER L.L.P., and hereby submits this Motion to Intervene in this action for the limited purpose of filing the attached Motion to Strike.

As explained in the accompanying Motion, Roc Nation seeks to strike an unauthorized Letter submitted by a now former employee of Roc Nation in connection with Jamal Rashid's May 2021 sentencing hearing. Roc Nation only recently learned of the Letter's existence and quickly determined that it was unauthorized and contains false information.

The Federal Rules of Criminal Procedure do not provide a path for a third party to intervene in a criminal case.  However, Courts possess inherent powers necessary to "manage their own affairs" and to "impose silence, respect, and decorum." *Chambers v. NASCO, Inc.*, 501 U.S. 32, 42-43 (1991).  This includes the power to determine what appears in the court's records.  *See Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F. 3d 402, 405 (9th Cir. 2010).  Further, courts have granted interventions in criminal matters where necessary to vindicate a third-party's rights, such as to prevent the widespread dissemination of confidential information.  *United States v. Sikes*, 2016 WL 6495500, *1 (D. Neb. 2016) (collecting cases).

Based on the above, Roc Nation asks this Court to exercise its inherent supervisory powers to permit Roc Nation to intervene in this action for the limited purpose of filing the attached Motion to Strike the unauthorized Letter.

DATED:  May 11, 2023.  SNELL & WILMER L.L.P.


By:  */s/Alex L. Fugazzi* _____
    Alex L. Fugazzi, Esq.
    Erin Gettel, Esq.
    3883 Howard Hughes Pkwy., Suite 1100
    Las Vegas, NV 89169

    *Attorneys for Third-Party Intervenor,*
    *Roc Nation, LLC*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702.784.5200

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 11, 2023 I electronically transmitted the foregoing **MOTION TO INTERVENE** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

*/s/Debbie Shuta*
An employee of Snell & Wilmer L.L.P.

4853-3680-8801.4

Snell & Wilmer
—— L.L.P. ——
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

- 3 -