AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

              OCT 29 2025

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:19-cr-246-GMN-NJK |
| Jamal Rashid | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | USDC<br>300 Las Vegas Blvd So<br>Las Vegas, NV 89101 | Courtroom No.:  Magistrate Judge Youchah, 3D |
|---|---|---|
| | | Date and Time:    10/30/2025 @ 3:00 pm |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 10/29/25

_____
*Judge's signature*

_____
*Printed name and title*