NICHOLAS M. WOOLDRIDGE
Nevada State Bar No.: 8732
WOOLDRIDGE LAW LTD.
300 SOUTH 4TH STREET, SUITE 950
LAS VEGAS, NV 89101
TELEPHONE: (702) 623-6362
FACSIMILE: (702) 359-8494
EMAIL: NICHOLAS@WOOLDRIDGELAWLV.COM

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>JAMAL RASHID,<br><br>*Defendant.* | Case No.: 2:19-cr-00246-GMN-NJK-1<br><br>**Stipulation to Continue Revocation of Supervised Release** |

IT IS HEREBY STIPULATED by and between Nicholas Wooldridge, Esq., counsel for Defendant Jamal Rashid, Sigal Chattah, Acting United States Attorney, and Courtney Strange, Assistant United States Attorney, that the Court vacate the Revocation of Supervised Release hearing scheduled for November 17, 2025, and reschedule to a date between December 8th – 11th, 2025, at a time convenient to this Court.

//

//

//

//

//

//

//

//

1

This stipulation is entered into for the following reasons:

1. Defense counsel has other obligations during the current scheduled hearing.
2. The additional time requested herein is not sought for the purposes of delay.
3. Defense spoke with AUSA Courtney Strange, and she has no opposition to the continuance.
4. This is the first request to continue the Revocation of Supervised Release hearing.

Dated: November 5, 2025.

By: /s/ *Nicholas Wooldridge*
Nicholas Wooldridge
Attorney for Defendant, Jamal Rashid

Sigal Chattah
Acting United States of Attorney

/s/ *Courtney Strange*
Courtney Strange
Assistant United States Attorney

**ORDER ON STIPULATION**

**IT IS HEREBY ORDERED** that the Revocation of Supervised Release currently scheduled for November 17, 2025, at the hour of 10:00 a.m., be vacated and continued to December 11, 2025, at 9:00 AM.

DATED this __6__ day of _____November___, 2025.

_____
UNITES STATES DISTRICT JUDGE

2