LAW OFFICES OF IVETTE AMELBURU MANINGO
IVETTE AMELBURU MANINGO, ESQ.
NEVADA BAR NO.: 7076
400 S. Fourth Street, Ste. 500
Las Vegas, NV 89101
Tele.: (702) 793-4046
Fax: (844) 793-4046
Email:iamaningo@iamlawnv.com
*Attorney for Defendant Jamal Rashid*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:19-cr-00246-GMN-NJK |
| Plaintiff, | |
| vs. | **ORDER** |
| JAMAL RASHID, | |
| Defendant. | |

IT IS SO ORDERED: that the Revocation of Supervised Release Hearing currently scheduled for December 11, 2025 at 9:00 a.m. be vacated and continued to  1/5/2026 at 10:00 a.m.

_____
UNITED STATES DISTRICT JUDGE,
Gloria M. Navaro

DATED: December 1, 2025