NICHOLAS M. WOOLDRIDGE
Nevada State Bar No.: 8732
WOOLDRIDGE LAW LTD.
300 SOUTH 4TH STREET, SUITE 950
LAS VEGAS, NV 89101
TELEPHONE: (702) 623-6362
FACSIMILE: (702) 359-8494
EMAIL: NICHOLAS@WOOLDRIDGELAWLV.COM

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff,*<br><br>v.<br><br>JAMAL RASHID,<br><br>   *Defendant.* | Case No.: 2:19-cr-00246-GMN-NJK-1<br><br>**2nd Stipulation to Continue Revocation of Supervised Release** |

  IT IS HEREBY STIPULATED by and between Nicholas M. Wooldridge, Esq. and Ivette Amelburu Maningo Esq., attorneys for Defendant Jamal Rashid, Sigal Chattah, First Assistant United States Attorney, and Steven Rose, Assistant United States Attorney, that the Court vacate the Revocation of Supervised Release hearing scheduled for January 5, 2026, and reschedule to the first week of February 2026, if the Court's schedule permits.

//

//

//

//

//

//

//

//

1

This stipulation is entered into for the following reasons:

1. Defense counsel Nicholas Wooldridge, will be in a jury trial beginning January 5, 2026, and will be unable to attend Mr. Rashid's hearing as currently scheduled.
2. The additional time requested herein is not sought for the purposes of delay.
3. Defense spoke with AUSA Steven Rose, and he has no opposition to the continuance.
4. This is the second stipulated request to continue the Revocation of Supervised Release hearing.

Dated: December 8, 2025.

By:
/s/ *Nicholas M. Wooldridge*
Nicholas M. Wooldridge

/s/ *Ivette Amelburu Maningo*
Ivette Amelburu Maningo
Attorneys for Jamal Rahsid

Sigal Chattah
First Assistant United States Attorney

/s/ *Steven J. Rose*
Steven J. Rose
Assistant United States Attorney

**ORDER ON STIPULATION**

**IT IS HEREBY ORDERED** that the Revocation of Supervised Release currently scheduled for January 5, 2026, at the hour of 10:00 a.m., be vacated and continued to February 2, 2026, at 9:00 a.m.

DATED this   8   day of   December  , 2025.

_____
UNITES STATES DISTRICT JUDGE

2