IVETTE AMELBURU MANINGO
Nevada State Bar No.: 7076
THE LAW OFFICES OF IVETTE AMELBURU MANINGO
400 SOUTH 4TH STREET, SUITE 500
LAS VEGAS, NV 89101
TELEPHONE: (702) 793-4046
FACSIMILE: (844) 793-4046
EMAIL: IAMANINGO@IAMLAWNV.COM

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

                         *Plaintiff,*

        v.

JAMAL RASHID,

                         *Defendant.*

Case No.: 2:19-cr-00246-GMN-NJK-1

**3rd Stipulation to Continue Revocation of Supervised Release**

        IT IS HEREBY STIPULATED by and between Nicholas M. Wooldridge, Esq. and Ivette Amelburu Maningo Esq., attorneys for Defendant Jamal Rashid, Sigal Chattah, First Assistant United States Attorney, and Steven Rose, Assistant United States Attorney, that the Court vacate the Revocation of Supervised Release hearing scheduled for February 2, 2026, and reschedule the matter for a Friday in approximately sixty (60) days, if the Court's schedule permits.

//

//

//

//

//

//

1

This stipulation is entered into for the following reasons:

1. A hearing for the Revocation of Supervised Release is currently pending and the parties have been in communication regarding a possible resolution.

2. Senior US Probation Officer Bryce Stark is currently on medical leave and will not return to the office until the end of this month.

3. The additional time is requested so the parties may have more time to meet and confer regarding this case in an effort to resolve the pending matter.

4. The additional time requested herein is not sought for the purposes of delay.

5. The undersigned has communicated with cocounsel Nicholas Woolridge, AUSA Steven Rose, and Officer Stark and all parties agree that a 60-day continuance is appropriate at this time (a Friday is requested based on the Court's and the AUSA's anticipated trial schedule).

6. This is the third stipulated request to continue the Revocation of Supervised Release hearing.

Dated: January 23, 2026.

By:

*/s/ Ivette Amelburu Maningo*
Ivette Amelburu Maningo

Sigal Chattah
First Assistant United States Attorney

*/s/ Nicholas M. Wooldridge*
Nicholas M. Wooldridge

*/s/ Steven J. Rose*
Steven J. Rose
Assistant United States Attorney

Attorneys for Jamal Rashid

2

**ORDER ON STIPULATION**

**IT IS HEREBY ORDERED** that the Revocation of Supervised Release currently scheduled

for February 2, 2026, at the hour of 9:00 a.m., be vacated and continued to

 April 10. 2026 at 11:00 a.m.    .

DATED this ___26___ day of ____January____, 2026.

_____
UNITES STATES DISTRICT JUDGE

3