IVETTE AMELBURU MANINGO
Nevada State Bar No.: 7076
THE LAW OFFICES OF IVETTE AMELBURU MANINGO
400 SOUTH 4TH STREET, SUITE 500
LAS VEGAS, NV 89101
TELEPHONE: (702) 793-4046
FACSIMILE: (844) 793-4046
EMAIL: IAMANINGO@IAMLAWNV.COM

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00246-GMN-NJK-1 |
| *Plaintiff,* | **4th Stipulation to Continue Revocation of Supervised Release** |
| v. | |
| JAMAL RASHID, | |
| *Defendant.* | |

IT IS HEREBY STIPULATED by and between Nicholas M. Wooldridge, Esq. and Ivette Amelburu Maningo Esq., attorneys for Defendant Jamal Rashid, Steven Rose, Assistant United States Attorney, and Courtney Strange, Assistant United States Attorney, that the Court vacate the Revocation of Supervised Release hearing scheduled for April 10, 2026 at 11:00 a.m., and reschedule the matter for a Friday in approximately sixty (60) days, if the Court's schedule permits.

//

//

//

//

//

//

1

This stipulation is entered into for the following reasons:

1. A hearing for the Revocation of Supervised Release is currently pending and the parties have been in continued communication regarding a possible resolution.

2. The additional time is requested so the parties may have continue to meet and confer regarding this case in an effort to resolve the pending matter.

3. The additional time requested herein is not sought for the purposes of delay.

4. The undersigned has communicated with cocounsel Nicholas Woolridge, AUSA Steven Rose, AUSA Courtney Strange, and Senior U.S. Probation Officer Bryce Stark and all parties agree that a 60-day continuance is appropriate (a Friday is requested based on the Court's and the AUSA Rose's anticipated trial schedule).

5. This is the fourth stipulated request to continue the Revocation of Supervised Release hearing.

Dated: March 25, 2026.

By:

*/s/ Ivette Amelburu Maningo*
Ivette Amelburu Maningo

/s/ *Nicholas M. Wooldridge*
Nicholas M. Wooldridge

Attorneys for Jamal Rashid

TODD BLANCHE
Deputy Attorney General

*/s/ Steven J. Rose*
Steven J. Rose
Assistant United States Attorney

*/s/ Courtney Strange*
Assistant United States Attorney

2

**[PROPOSED] ORDER ON STIPULATION**

**IT IS HEREBY ORDERED** that the Revocation of Supervised Release currently scheduled for April 11, 2026, at the hour of 11:00 a.m., be vacated and continued to

 June 12, 2026, at 10;30 a.m.    .

DATED this ___27___ day of _____March_____, 2026.

_____
UNITED STATES DISTRICT JUDGE

3