IVETTE AMELBURU MANINGO
Nevada State Bar No.: 7076
THE LAW OFFICES OF IVETTE AMELBURU MANINGO
400 SOUTH 4TH STREET, SUITE 500
LAS VEGAS, NV 89101
TELEPHONE: (702) 793-4046
FACSIMILE: (844) 793-4046
EMAIL: IAMANINGO@IAMLAWNV.COM

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00246-GMN-NJK-1 |
| *Plaintiff,* | **5th Stipulation to Continue Revocation of Supervised Release Hearing** |
| v. | |
| JAMAL RASHID, | |
| *Defendant.* | |

IT IS HEREBY STIPULATED by and between Nicholas M. Wooldridge, Esq., Ivette Amelburu Maningo, Esq., and Steven H. Sadow, Esq., attorneys for Defendant Jamal Rashid, and Steven Rose, Assistant United States Attorney, and Courtney Strange, Assistant United States Attorney, that the Court vacate the Revocation of Supervised Release hearing scheduled for June 12, 2026 at 10:30 a.m., and reschedule the matter for July 7, 2026 at 10:00 a.m., if the Court's schedule permits.

//

//

//

//

//

//

1

This stipulation is entered into for the following reasons:

1. A hearing for the Revocation of Supervised Release is currently pending and the parties have been in continued communication regarding resolution.

2. All parties agree the additional time is appropriate based on current negotiations.

3. The undersigned has communicated with all defense counsel, government counsel, AUSA Steven Rose and AUSA Courtney Strange, and Senior U.S. Probation Officer Bryce Stark and all parties agree and join in this continuance.

4. The additional time requested herein is not sought for the purposes of delay.

5. This is the fifth stipulated request to continue the Revocation of Supervised Release hearing.

Dated: June 1, 2026.

By:

*/s/ Ivette Amelburu Maningo*
Ivette Amelburu Maningo

*/s/ Nicholas M. Wooldridge*
Nicholas M. Wooldridge

*/s/ Steven H. Sadow*
Steven H. Sadow

Attorneys for Jamal Rashid

TODD BLANCHE
Acting Attorney General

*/s/ Steven J. Rose*
Steven J. Rose
Assistant United States Attorney

*/s/ Courtney Strange*
Assistant United States Attorney

**ORDER ON STIPULATION**

**IT IS HEREBY ORDERED** that the Revocation of Supervised Release currently scheduled for June 12, 2026, at the hour of 10:30 a.m., be vacated and continued to July 7, 2026 at 10:00 a.m.

DATED this ___1___ day of _____June_____, 2026.

_____
UNITED STATES DISTRICT JUDGE