# FILED

## UNDER

# SEAL

Prob12C
D/NV Form
Rev. June 2014

**United States District Court**
**for**
**the District of Nevada**

**PETITION FOR WARRANT**
**FOR OFFENDER RELEASED ON BOND**

Name of Offender: **Jamal Rashid**

Case Number:  **2:19CR00246**

Name of Sentencing Judicial Officer: **Honorable Gloria M. Navarro**

Date of Original Sentence: **May 13, 2021**

Original Offense: **Use of an Interstate Facility in Aid of Unlawful Act**

Original Sentence: **33 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **July 14, 2023**

Date of Appearance Bond: **October 30, 2025**

Name of Assigned Magistrate Judge: **U.S. Magistrate Judge Elayna J. Youchah**

Name of Assigned Judicial Officer: **Honorable Gloria M. Navarro**

**PETITIONING THE COURT**

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision: Bond

1. **Do Not Commit Another Crime** – The defendant must not violate and federal, state or local law while on release.

   On June 5, 2026, Mr. Rashid violated federal law while on release when he had Steven Tolson, also known as Jazz Lazer, contact victim AW by telephone and offer cash on his behalf in return for AW not attending the scheduled revocation hearing on July 7, 2026, to be able to answer judicial questions regarding supervised release violations. This conduct constitutes a violation of 18 U.S.C. § 1512(b)(3), Tampering with a Witness or Victim.

**RE: Jamal Rashid**

Prob12C
D/NV Form
Rev. June 2014

Information was reported by victim AW on June 5, 2026, that Steven Tolson contacted her on behalf of Mr. Rashid in attempt to use his friendship to convince AW not to attend Mr. Rashid's revocation hearing on July 7, 2026, along with any "media" people she knew. AW advised the intent of the communication was to have her not be able to answer any questions by the federal judge assigned to the case about Mr. Rashid's revocation hearing and violations that include AW as a victim. AW advised that Mr. Tolson called her several times and first said he would pay $100,000 cash to have AW not attend the hearing. Mr. Tolson reportedly called AW again after he communicated with Mr. Rashid in person later the same date and said he could hand deliver $50,000 on June 8, 2026, to AW in another state. Further communication between AW and Mr. Tolson took place and Mr. Tolson ultimately told AW that Mr. Rashid told him he did not have that much money and could only afford $30,000 if she would accept it. The final requested terms of the agreement for accepting the money was to not show up to the revocation hearing, to sign paperwork stating AW was never trafficked by Mr. Rashid, and to sign a gag order so AW could never discuss her involvement with Mr. Rashid or the agreement.

For the Court's information, Mr. Rashid's cellular phone device is monitored due to current bond conditions. Monitoring shows that on June 5, 2026, Mr. Rashid took a call from Mr. Tolson just prior to the call made to AW. There were two more calls between Mr. Rashid and Mr. Tolson on the same afternoon. On June 6, 2026, there were three calls attempted to Mr. Rashid from Mr. Tolson in the evening. Mr. Tolson's phone number was corroborated through computer monitoring logs from Mr. Rashid's cell phone. Many of the calls were recorded by AW and are available for the Court's review.

2. **<u>Home Confinement with Location Monitoring</u>** – Participate in one of the following location restriction programs and comply with its requirements as directed.

   ☒ GPS Monitoring (including hybrid GPS).

   ☒ You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer **(Home Detention)**.

   On January 31, 2026, Mr. Rashid had an unauthorized stop at Cheesecake Factory located at 160 South Green Valley Parkway Henderson, Nevada in violation of the location monitoring program.

**RE: Jamal Rashid**

Prob12C
D/NV Form
Rev. June 2014

3. **No Contact-** No contact with anyone who participated or assisted in the employment or conduct of the instant offense.

Since on or about October 31, 2025, through May 18, 2026, Rashid had contact with Tarnita Woodard at his residence (Condition 8).

The Court made clear to Mr. Rashid at his Initial Appearance on October 30, 2025, that he was to have no contact with anyone involved in the previous employment related to the instant offense. Specifically, the Court verbally named Tarnita Woodard as a person Mr. Rashid was to have no contact with after he requested specific permission from the Court to be able to communicate with her.

On June 8, 2026, officers met with Robert Anderson, an employee of Mr. Rashid, who resides at his property. He was asked if Mr. Rashid has had contact with Tarnita Woodard since October 31, 2025. Robert advised that he was reluctant to answer questions, but stated there have been at least two times he knows that Tarnita Woodard has stayed overnight at the property. He stated she drives the black Bentley that has recently been purchased by Mr. Rashid and that vehicle was on the property at 5:30 AM, June 8, 2026. At 7:30 AM the same date, this vehicle was not present. Mr. Anderson stated also that Mr. Rashid commonly communicates with Tarnita Woodard by having himself or Nikko Tello, another employee of Rashid, call Tarnita Woodard from their phones in the presence of Mr. Rashid. Mr. Rashid then speaks to Tarnita Woodard using speakerphone from their phones. He advised this has occurred numerous times since his release on bond. Additionally, Mr. Rashid communicates with Tarnita Woodard by having either Mr. Anderson or Mr. Tello call him or receive a call from him, then Tarnita Woodard will be connected on a three-way call from their phones, bypassing computer monitoring showing a call from Mr. Rashid's phone to Tarnita Woodard.

Mr. Rashid met with Tarnita Woodard at his residence on May 18, 2026, after 6:00 PM, along with two other females. One of the females provided a witness statement indicating that Mr. Rashid met with her at the request of Tarnita Woodard so he could provide some of his "contacts" for her to use in the promotion of Beaute Lounge, a salon located at 9905 South Eastern Avenue #120 Las Vegas, Nevada. The female who reported the conduct advised that she agreed to work for Tarnita Woodard as a promoter in April/May 2026. During some of their meetings, she grew concerned about some of the vehicles that Ms. Woodard drove frequently, including a white and black Mercedes Maybach, a white Rolls Royce, and a black Bentley. She stated that Tarnita Woodard had several conversations with Mr. Rashid by phone where Tarnita Woodard used her own personal cell phone while the reporting party was present. During two of those times, she advised

**RE: Jamal Rashid**

Prob12C
D/NV Form
Rev. June 2014

that Tarnita Woodard was using FaceTime to communicate with Mr. Rashid and that she herself had brief communication with Mr. Rashid during those same communications to introduce herself.

The female advised that Tarnita Woodard referred to Mr. Rashid as her husband, then fiancé, then longtime partner and said they were now engaged and showed a ring on her finger. She reported that on May 18, 2026, she was scheduled to meet with Tarnita Woodard and Mr. Rashid for a business dinner. She advised that rather than going to a restaurant, Tarnita Woodard stated they needed to go to Mr. Rashid's home instead, giving no explanation as to why. She identified the property as 4311 East Oquendo Road Las Vegas, Nevada. This residence is known to be the residence for Mr. Rashid, where probation conducts home visits at least monthly since July 2023. She described the residence both at entry point to the property from the street, how she entered the home, and the living room and kitchen areas of the home, as well as the serval cat that Mr. Rashid owns and other identifying objects in the residence. She reported that during their meeting on May 18, 2026, Mr. Rashid made the statement to her that he purchased the beauty salon for Tarnita Woodard because he felt she "was bored". The female stated that during the meeting, the individuals met primarily in the living room area and sat on a large couch. She stated Tarnita Woodard had personal belongings on a TV dinner tray and on the couch that included a phone, a laptop computer, and a blanket. She advised that Tarnita Woodard previously told her she also lived at this residence. After a few hours, her visit ended and she left the property, where Tarnita Woodard remained when she left. The female provided probation a written statement and advised of their willingness to testify as to the event in Court if needed.

For the Court's information, Mr. Rashid possesses a white and black Mercedes Maybach and a white Rolls Royce that have been seen numerous times during visits at his residence. The female sent a photograph of the white Rolls Royce with license plate from the business location in reference. The license plate matches the known license plate for the Rolls Royce Ghost that Mr. Rashid possesses.

On May 16, 2026, records reviewed from Mr. Rashid's computer monitoring shows that he received a text message with a photograph of a vehicle title from Montana for a 2011 Bentley Mulsanne. This vehicle was not previously known to probation. A computer monitoring review shows a video of a black Bentley in his detached garage area of his residence in the early hours of May 18, 2026.

**RE: Jamal Rashid**

Prob12C
D/NV Form
Rev. June 2014

**U.S. Probation Officer Recommendation**:

The term of bond supervision should be:

       ☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **June 8, 2026**

_Bryce D. Stark_   Digitally signed by Bryce Stark
Date: 2026.06.08 10:37:45 -07'00'

Bryce D. Stark
Senior United States Probation Officer

Approved:

_Steve Goldner signature_   Digitally signed by Steve Goldner
Date: 2026.06.08 10:27:33 -07'00'

Steve M Goldner
Supervisory United States Probation Officer

---

*THE COURT ORDERS*

    ☐    No Action.

    ☐    The issuance of a warrant.

    ☐    The issuance of a summons.

    ☒    Other:  **Already in custody; reset revocation hearing.**

_Signature of Judicial Officer_

**June 9, 2026**

**RE: Jamal Rashid**

Prob12C
D/NV Form
Rev. June 2014

Date

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**
**UNITED STATES V. JAMAL RASHID,  2:19CR00246**

---

**SUMMARY IN SUPPORT OF PETITION FOR WARRANT**
**June 8, 2026**

---

Mr. Rashid appeared before the Court on October 30, 2025, on an Initial Appearance before U.S. Magistrate Elaine J. Youchah. He was released on an Appearance Bond with conditions. As noted in this petition, Mr. Rashid involved himself in new criminal activity, akin to that which is noted in the existing petition for warrant on the instant offense. Additionally, Mr. Rashid had a violation of an unauthorized stop related to his travel while on the location monitoring program. Mr. Rashid also had contact with Tarnita Woodard, who the Court specifically told him not to have contact with at his Initial Appearance noted above. Ms. Woodard was heavily involved in the escort business tied to prostitution from the instant offense and kept Mr. Rashid's books and took care of other management-related issues. In this instance, Ms. Woodard is noted to be driving Mr. Rashid's vehicles, reported to a third party that she still resides with Mr. Rashid, communicated with him by cell phone since October 31, 2025, and was present at Mr. Rashid's residence on May 18, 2026.

Mr. Rashid continues to engage in the same conduct as noted in the original petition for warrant related to his supervised release. Although he was placed on home confinement as a means of keeping him from engaging in such conduct, Mr. Rashid has continued to do so from the confines of his own home.

Revocation proceedings are currently set for July 7, 2026. It is respectfully requested that a warrant be issued and that Mr. Rashid be held in custody pending the revocation hearing as there is not a way to control the danger to the community and his failure to abide by the rules of the Court.

Respectfully submitted,

Digitally signed by Bryce
Stark
Date: 2026.06.08 10:39:45
-07'00'

_____

Bryce D. Stark
Senior United States Probation Officer

Approved:

Digitally signed by
Steve Goldner
Date: 2026.06.08
10:27:55 -07'00'

_____

Steve M Goldner
Supervisory United States Probation Officer