AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:19-cr-00246-GMN-NJK |
| | ) | |
| JAMAL RASHID | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| | | | |
|---|---|---|---|
| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101 | Courtroom No.: | 3A - DJA |
| | | Date and Time: | June 24, 2026 at 2:00 p.m. |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  June 9, 2026

_____
*Judge's signature*

DANIEL J. ALBREGTS, U.S. Magistrate Judge
*Printed name and title*