TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
COURTNEY STRANGE
Assistant United States Attorney
501 Las Vegas Blvd. S, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336
Courtney.Strange@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMAL RASHID,<br><br>Defendant. | 2:19-cr-00246-GMN-NJK-1<br><br>**STIPULATION TO CONTINUE HEARING RE REVOCATION OF RELEASE ON BOND (First Request)** |

IT IS HEREBY STIPULATED by and between Nicholas M. Wooldridge, Esq., Ivette Amelburu Maningo, Esq., and Steven H. Sadow, Esq., attorneys for Defendant Jamal Rashid, and Steven Rose, Assistant United States Attorney, and Courtney Strange, Assistant United States Attorney, that the Court vacate the Hearing Re Revocation Of Release On Bond scheduled for June 22, 2026 at 10:30 a.m., and reschedule the matter for July 2, 2026 at 11:00 a.m.

The Stipulation is entered into for the following reasons:

1. The parties have a scheduling conflict with the current hearing date.

2. All parties agree the additional time is appropriate to prepare for this hearing.

3. The undersigned has communicated with all defense counsel, and Senior U.S. Probation Officer Bryce Stark, and all parties agree and join in this continuance.

4. The additional time requested herein is not sought for the purposes of delay.

5. Jamal Rashid is in custody and agrees to this continuance.

6. This is the First stipulated request to continue the Hearing Re Revocation Of Release On Bond.

DATED this 10th day of June, 2026.

/s/ Ivette Amelburu Maningo
IVETTE AMELBURU MANINGO

TODD BLANCHE
Acting Attorney General

/s/ Nicholas M. Wooldridge
NICHOLAS M. WOOLDRIDGE

/s/ Courtney Strange
COURTNEY STRANGE

/s/ Steven H. Sadow
STEVEN H. SADOW

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_____June 16, 2026_____

2