TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
COURTNEY STRANGE
STEVEN J. ROSE
Nevada Bar Number 13575
Assistant United States Attorney
501 Las Vegas Blvd. S, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336
Courtney.Strange@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-cr-00246-GMN-NJK-1 |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING RE REVOCATION OF SUPERVISED RELEASE** |
| v. | **(Sixth Request)** |
| JAMAL RASHID, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Nicholas M. Wooldridge, Esq., Ivette Amelburu Maningo, Esq., and Steven H. Sadow, Esq., attorneys for Defendant Jamal Rashid, and Steven Rose, Assistant United States Attorney, and Courtney Strange, Assistant United States Attorney, that the Court vacate the Hearing re Revocation of Supervised Release scheduled for July 7, 2026 at 10:00 a.m., and reschedule the matter for September 17, 2026 at 9:00 a.m.

The Stipulation is entered into for the following reasons:

1. All parties agree the additional time is appropriate to prepare for this hearing.

2. The undersigned has communicated with all defense counsel, and Senior U.S. Probation Officer Bryce Stark, and all parties agree and join in this continuance.

3. The additional time requested herein is not sought for the purposes of delay.

4. Jamal Rashid is in custody and agrees to this continuance.

5. This is the sixth stipulated request to continue the Hearing re Revocation of Supervised Release.

DATED this 1st day of July, 2026.

TODD BLANCHE
Acting Attorney General

/s/ Steven H. Sadow
STEVEN H. SADOW
Attorney for Defendant
JAMAL RASHID

/s/ Courtney Strange
COURTNEY STRANGE
STEVEN J. ROSE
Assistant United States Attorneys

ORDER

IT IS ORDERED the Hearing re Revocation of Supervised Release is continued to 9/17/2026, at 9:00 AM in Courtroom 7D before Judge Gloria M. Navarro.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

2