NICHOLAS M. WOOLDRIDGE
Nevada State Bar No.: 8732
WOOLDRIDGE LAW LTD.
300 S 4TH STREET, SUITE 950
LAS VEGAS, NV 89101
TELEPHONE: (702) 623-6362
FACSIMILE: (702) 359-8494
EMAIL: NICHOLAS@WOOLDRIDGELAWLV.COM
Attorney for Defendant

**IN THE UNITED STATES DISTRICT**

**COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>v.<br>JAMAL RASHID,<br>*Defendant.* | Case No.: 2:19-cr-00246-GMN-NJK-1<br>**ORDER GRANTING WITHDRAW AS COUNSEL OF RECORD** |

**ORDER**

**IT IS THEREFORE ORDERED** that the Motion to Withdraw as Counsel of Record is hereby granted.

DATED this 29 day of July, 2026.

UNITED STATES DISTRICT COURT JUDGE